IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OTIS WILSON, JR.,

v.                                                                       Case No. 3:91cr03111/LAC

UNITED STATES OF AMERICA,

_____/

**ORDER**

This cause is before the Court on a Motion for Amendment and Reduction of Sentence (doc. 88) filed by Defendant pursuant to 18 U.S.C. § 3582. Defendant seeks to reduce his sentence under subsection (c)(2) of that statute, which allows for such a reduction "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o) . . . ." Defendant asserts that, because the recent Supreme Court cases of *United States v. Booker*, --- U.S. ----, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) and *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), have invalidated the mandatory nature of the guidelines, the Court may consider a sentence reduction under the statute. Defendant then outlines some of his exemplary deeds and conduct within the prison setting.

The Court indeed appreciates Defendant's institutional record. Nonetheless, caselaw has consistently held that the holdings in *Booker* and *Blakely* provide no basis for relief under 18 U.S.C. § 3582(c)(2). *See United States v. Lockhart*, 2005 WL 1706139 (11th Cir. Jul 22, 2005); *United States v. Sanchez*, 2005 WL 1798284 (3rd Cir. Aug 01, 2005); *United States v. Mitchell*, 122 Fed.Appx. 539 (2nd Cir. Feb 18, 2005).

Defendant should consider contacting the Director of the Bureau of Prisons who has the statutory authority under 18 U.S.C. § 3582(c)(1)(A) to move the Court for a reduction of sentence on Defendant's behalf. Defendant may include a copy of this Order in any such correspondence.

Accordingly, the Court **ORDERS:**

Defendant's Motion for Amendment and Reduction of Sentence (doc. 88) is **DENIED.**

**ORDERED** on this 22nd day of November, 2005.

s/*L.A. Collier*
Lacey A. Collier
Senior United States District Judge
