# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                               CASE NO.  3:91cr3111LAC

OTIS LEE WILSON, JR.

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   October 13, 2006

Motion/Pleadings:   MOTION TO CORRECT "NUNC PRO TUNC"

Filed by  DEFT PRO SE      on  10/3/2006     Doc.# 90

RESPONSES:

                   on         Doc.#

                   on         Doc.#

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed     _____ Consented

                             WILLIAM M. McCOOL, CLERK OF COURT

                             *s/Mary Maloy*

LC (1 OR 2)                  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of November, 2006, that:*

*(a) The relief requested is **GRANTED**.*

*(b) Defendant shall be credited with time served from **22 February 1991** on the sentence imposed by this Court in case number 3:91cr3111.*

                              *s/L. A. Collier*

                              ***LACEY A. COLLIER***
                   ***Senior United States District Judge***

```
Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```